# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1272
_____

FOZIAH ALAWI,

   Appellant,

v.

UPS and LIBERTY MUTUAL
INSURANCE,

   Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Daniel A. Lewis, Judge.

Date of Accident:  June 7, 2023.

April 27, 2026

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason R. Kobal of Kobal Law, P.A., Tampa, for Appellant.

Kelley A. Richards and David R. Marshall of Rissman, Barrett, Hurt, Donahue, McLain and Mangan, P.A., Orlando, for Appellees.